**No. 63276.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 58/22325 (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 63277.**—Arcaro and Dan's Saddlery, Inc. *v.* United States, protest 58/22338 (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 63278.**—Leviant & Company *v.* United States, protest 58/24705 (New York).

Opinion by WILSON, J. The protest was dismissed.

**No. 63279.**—The Oil Well Engineering Co., Ltd. *v.* United States, protest 58/25283 (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, AUGUST 3, 1959

**No. 63280.**—M. Pressner & Co. *v.* United States, protest 58/6916 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.